LUKE I. STOUTENBURGH, appellant,

*v.*

ABRAHAM C. HOPKINS and EMMA WESTBROOK, respondents.

On appeal from a decree of the ordinary, whose opinion is reported in *Stoutenburgh* v. *Hopkins, 16 Stew. Eq. 577*.

*Mr. Thomas Kays*, for the appellant.

*Mr. C. J. Roe* and *Mr. J. D. Bedle*, for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the ordinary.